*In re* **SCANLAN**, John Francis (MR 21357)
Morton Grove, IL

Order of the Court:

The petition, as amended, by the Administrator of the Attorney Registration and Disciplinary Commission to impose reciprocal discipline pursuant to Supreme Court Rule 763 is allowed, and respondent John Francis Scanlan, who has been disciplined in the State of Wisconsin, is suspended from the practice of law for six months in the State of Illinois and until he is reinstated to the practice of law in the State of Wisconsin. Suspension effective February 2, 2007.